# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1041
Lower Tribunal No. F17-21258A

————————

**Johnclif Pierre,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Johnclif Pierre, in proper person.

Ashley Moody, Attorney General, for respondent.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Petition denied.